

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

---

*David L. Axelrod*
*Direct Dial: (215)861-8462*
*Facsimile: (215)861- 8618*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

August 15, 2013

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    <u>United States v. Bernard Corbin</u>    13-81

Dear Clerk:

Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on February 20. 2013.

                                            Very truly yours,

                                            ZANE DAVID MEMEGER
                                            United States Attorney

                                            */s/ David L. Axelrod*
                                            David L. Axelrod
                                            Assistant United States Attorney